IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVOND D. PIPES,

                         Plaintiff,                        OPINION AND ORDER

    v.

                                                    17-cv-398-wmc

STACY SWINT and
JANE DOE,

                         Defendants.

*Pro se* plaintiff Davond Pipes is proceeding against defendants Swint and Doe on claims that they provided him the wrong medication. On July 19, 2019, defendant Jane Doe filed a motion for summary judgment for failure to exhaust administrative remedies (dkt. #15), and defendant Swint joined that motion on July 24 (dkt. #36). The court set August 9, 2019, as plaintiff's deadline to respond to that motion. That deadline has passed, and Pipes has not responded or contacted the court seeking an extension of that deadline. Most recently, Swint filed a motion to dismiss for failure to prosecute, arguing that the court and defendants have attempted to contact Pipes since he has been released from incarceration but have been unsuccessful since Pipes failed to provide updated contact information. (Dkt. #41.)

Pipes' failure to provide updated contact information, respond to either motion, or to take any other action indicating that he is preparing an opposition to either motion, suggests that he may have abandoned this lawsuit. Accordingly, the court will give Pipes one more chance to respond to defendants' motions: he now has until **October 2, 2019**, to file an opposition to defendants' motion for summary judgment and the motion to

dismiss for lack of prosecution.  His failure to meet this deadline will cause the court to grant defendants' motions as unopposed and dismiss this lawsuit with prejudice for failure to prosecute.

ORDER

IT IS ORDERED that plaintiff Davond Pipes may have until **October 2, 2019**, to file a response to defendants' motion for summary judgment.  **If Pipes does not respond by that date, the court will dismiss his claims with prejudice for failure to prosecute.**

Dated this 11th day of September, 2019.

BY THE COURT:

/s/

WILLIAM M. CONLEY
District Judge