## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

DAVOND D. PIPES,

     Plaintiff,

                                       Case No.  17-cv-398-wmc

  v.

NURSE MELLISA BENNETT, SHERIFF
JANE DOE, CORRECT CARE SOLUTIONS,
SHERIFF DAVID MAHONEY, AND NURSE
STACY SWINT,

     Defendants.

---

## JUDGMENT IN A CIVIL CASE

---

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendants dismissing this case.


| /s/ | 10/24/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |